CARRIE E. LUKMIRE, petitioner,

*v.*

JOHN H. LUKMIRE, defendant.

[Decided February 10th, 1928.]

BUCHANAN, V. C.

The petition is by the wife for divorce, with counter-petition by the husband, both on the ground of desertion.

The petitioner has failed to establish the alleged desertion, and the counter-petitioner admits on the stand that he made no effort to procure his wife's return. Both the petition and counter-claim will be dismissed. A counsel fee of $50 and costs will be allowed to the petitioner.